AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: MJ 23-1038 WRP | Date and time warrant executed: 6/30/2023 at 2:00PM | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

Approximately 785 KB of electronic documents that include subscriber information, historical IP addresses, & chat messages not including content.

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII*
*Jul 5, 2023, 2:31 pm*
*Lucy H. Carrillo, Clerk of Court*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/5/2023

*MBlanton*
Executing officer's signature

Margaret Blanton, Special Agent
Printed name and title

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. MJ 23-1038 WRP
information associated with Kik account "Aloha_Guy" )
that is stored at premises controlled by MediaLab )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Central____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

See attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____July 14, 2023____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   June 30, 2023 at 11:50 a.m.

City and state:   Honolulu, HI

Rom A. Trader
United States Magistrate Judge

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> MJ 23-1038 WRP | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
| <br>     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br><br> Date: _____ <br><br> _____ <br> *Executing officer's signature* <br><br> _____ <br> *Printed name and title* |

## ATTACHMENT A
## ITEM TO BE SEARCHED AND EXAMINED

This warrant applies to information associated with the Kik account "**Aloha_Guy,**" which is stored at the premises owned, maintained, controlled, or operated by MediaLab, a company headquartered in Santa Monica, California, that acquired Kik in October 2019. A preservation request was submitted and confirmed as received by Kik on May 19, 2023, for the "Aloha_Guy" Kik account.

## ATTACHMENT B
## LIST OF ITEMS TO BE SEIZED AND/OR SEARCHED

To the extent that the information described in Attachment A is within the possession, custody, or control of Kik, Kik is required to disclose the following information to the government for the account listed in Attachment A:

1. The contents of all messages sent, received, and stored in this account during the period from on or about January 1, 2023 through the date of the issuance of this warrant, and all data and stored information relating to such messages.

2. All contact and personal identifying information, including full name, user identification number, birthdate, gender, contact email addresses, Kik passwords, Kik security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers, Group identification number, a list of users currently registered to the group, and Group Contact Info, including all contact information for the creator and/or administrator of the group and a PDF of the current status for the group profile page.

3. All existing printouts from the original storage of all of the messages described above.

4. All transactional information of all activity of the account or identifier described above, including log files, messaging logs, dates and times of

connecting, methods of connecting, IP addresses associated with the outgoing and incoming messages described above.

5. All messaging and/or transactional logs, including date and time of messages and identification numbers associated with the device sending and receiving message.

6. All business records and subscriber information, in any form kept, pertaining to the individual account or identifiers described above, including subscribers' full names, addresses, shipping addresses, date account was opened, lengths of service utilized, Electronic Serial Number (ESN) or other unique identifier for the wireless device associated with the account, Social Security Number, date of birth, telephone numbers and other identifiers associated with the account.

7. All records pertaining to communications between Kik and any person regarding the account or identifier, including contacts with support services and records of actions taken.

8. All other records of communications and messages sent and/or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests during the period from on or about January 1, 2023 through the date of the issuance of this warrant.

9. The username and other account identifiers of any linked account to the Kik account referenced in Attachment A.

## II. Information to be seized by the government

1. All information described above in Section I, including correspondence, records, documents, photographs, videos, electronic mail, chat logs, and electronic messages that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2422(b) (online enticement of a minor to engage in illegal sexual activity) including, for the accounts listed on Attachment A, information pertaining to the following matters, including attempting and conspiring to engage in the following matters:

    a. Any and all data, records, communications or information reflecting evidence, fruits, instrumentalities, and contraband of the crimes listed above, during the period from on or about January 1, 2023 through the date of the issuance of this warrant;

    b. Any private messages sent, received, and/or stored pertaining to the sexual exploitation of a minor, including the production, possession and distribution of child pornography, during the period from on or about January 1, 2023 through the date of the issuance of this warrant;

    c. All posted images and videos pertaining to the sexual exploitation of a minor, including the production, possession and distribution of

child pornography, during the period from on or about January 1, 2023 through the date of the issuance of this warrant;

   d. Address/phone books or contact information that reflect names of potential criminal associates involved with the sexual exploitation of a minor, including the production, possession and distribution of child pornography;

   e. Sexually explicit photographs and videos of minors;

   f. All posted text communications and public postings that further the sexual exploitation of a minor, including the production, possession and distribution of child pornography, during the period from on or about January 1, 2023 through the date of the issuance of this warrant.

   g. All access logs, administrative logs, user logs and posting history that will assist in locating the user;

   h. Any communications reflecting attempts to obstruct justice sent, received, and/or stored during the period from on or about January 1, 2023 through the date of the issuance of this warrant.

   i. Evidence indicating how and when the Kik accounts were created, accessed or used to determine the chronological and geographical context of account access, use, and events relating to the crime under investigation.

   j. The identity of the person(s) who created or used the Kik account, including records that help reveal the whereabouts of such person(s); and

4

    k. The identity of any person(s) who communicated with Kik user "Aloha_Guy" about matters relating to the sexual exploitation of a minor, including the possession and distribution of child pornography, during the period from on or about January 1, 2023 through the date of the issuance of this warrant, including records that may help reveal their location.

    l. Credit card and other financial information including but not limited to bills and payment records;

    m. Evidence of who used, owned, or controlled the account listed on Attachment A;

    n. Evidence of the dates and times the account listed on Attachment A was used; and

  2. Passwords and encryption keys, and other access information that may be necessary to access the account listed on Attachment A and other associated accounts.